IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA for the use
and benefit of GLF CONSTRUCTION
CORPORATION, a Florida profit corporation,

    Plaintiff,

v.

FEDCON JOINT VENTURE, a Florida
joint venture, DAVID BOLAND, INC.
a Florida profit corporation, JT CONSTRUCTION
ENTERPRISE CORPORATION, a Florida profit
corporation, and WESTERN SURETY
COMPANY,

    Defendants.

Case No.: 8:17-cv-01932-CEH-ASS

**CERTIFICATE OF INTERESTED PERSONS
AND CORPORATE DISCLOSURE STATEMENT**

    Plaintiff, GLF CONSTRUCTION CORPORATION, a Florida corporation (hereinafter "GLF"), hereby discloses the following pursuant to this Court's August 16, 2017 Interested Persons Order for Civil Cases:

1.) the name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action — including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to any party in the case:

    GLF Construction Corporation – Plaintiff
    Grandi Lavori Fincosit, S.p.A. – Parent Corporation of GLF

    Ferencik Libanoff Brandt Bustamante & Goldstein, P.A.  – Counsel for Plaintiff
        Ira L. Libanoff, Esq. – Lead Counsel for Plaintiff
        Jordan Nadel, Esq. – Counsel for Plaintiff

    Baker, Donelson, Bearman, Caldwell & Berkowitz – Louisiana Counsel for Plaintiff
        Mark W. Frilot, Esq. – Counsel for Plaintiff
        Matthew Guy, Esq. – Counsel for Plaintiff

    FEDCON Joint Venture – Defendant
    David Boland, Inc. – Defendant and partner/member of FEDCON Joint Venture
    JT Construction Enterprises - Defendant and partner/member of FEDCON Joint Venture
    Western Surety Company - Defendant

    Baker Hostetler – Counsel for Defendants
        Denis L. Durkin, Esq. – Lead Counsel for Defendants
        Michael S. Vitale, Esq. – Counsel for Defendants
        P. Alexander Quimby, Esq. – Counsel for Defendants

    McGlinchey Stafford – Louisiana Counsel for Defendants
        Arthur H. Leith – Counsel for Defendants
        Eric J. Simonson – Counsel for Defendants
        Sara E. McMillan – Counsel for Defendants

    United States Army Corps. of Engineer, New Orleans District

2.) the name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

    Not applicable.

3.) the name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases:

    Not applicable.

4.) the name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:

    Not applicable.

    I hereby certify that, except as disclosed above, I am unaware of any actual or potential conflict of interest involving the district judge and magistrate judge assigned to this case, and will immediately notify the Court in writing on learning of any such conflict.

Dated this 30<u>TH</u> day of August, 2017.

                                          */s Ira L. Libanoff*
                                          IRA L. LIBANOFF
                                          Florida Bar No. 378429

JORDAN NADEL
Florida Bar No. 99582
FERENCIK LIBANOFF BRANDT
BUSTAMANTE AND GOLDSTEIN, P.A.
Counsel for GLF Construction Corporation
150 S. Pine Island Road, Suite 400
Ft. Lauderdale, Florida  33324
Tel: 954-474-8080  Fax: 954-474-7343
Primary email:    ilibanoff@flblawyers.com
                              jnadel@flblawyers.com
Secondary email: noutar@flblawyers.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on August 30th, 2017, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will electronically serve all counsel of record.

*/s Ira L. Libanoff*
IRA L. LIBANOFF